UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

ANTWHON SUITER,

Plaintiff,

v.

Deputy C.J. Taylor, in his Individual and Official capacity as Deputy of the Augusta County Sheriff's Department
AUGUSTA COUNTY SHERIFF'S DEPARTMENT,
COMMONWEALTH OF VIRGINIA,
COMMONWEALTH OF VIRGINIA DEPARTMENT OF STATE POLICE,

Defendants.

Case No.: 5:23-cv-00062-MFU

## PLAINTIFF'S MOTION TO DISMISS COMMONWEALTH DEFENDANT'S AND AUGUSTA COUNTY SHERIFF'S DEPARTMENT

Plaintiff, Antwhon Suiter, a Pro Se litigant, files this Motion to Dismiss/Terminate Defendants motion to dismiss the Defendant's "Commonwealth of Virginia Department of State Police", "Commonwealth of Virginia" and the "Augusta County Sheriff Department" ONLY. Plaintiff Antwhon Suiter, Concedes to the Dismissal/Termination SOLELY of Defendant's "Commonwealth of Virginia Department of State Police", "Commonwealth of Virginia" and the "Augusta County Sheriff Department".

Plaintiff requested that this court DENIES The Motion to dismiss This Complaint and Order Defendant C.J.Taylor remain a Defendant in this suit. Counsel for Commonwealth Defendants claim Plaintiff's Complaint fails to allege any facts constituting a cause of action against Commonwealth Defendants.

Page 1 of 2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

However, the Plaintiff's Complaint does allege facts constituting a cause of action against Sheriff Deputy C.J.Taylor.

Additionally, Defendants "Commonwealth of Virginia Department of State Police" and "Commonwealth of Virginia" through counsel states on Pge. 2, # 3 of Defendant Commonwealth and Counsel's **Statement** that "In Counts I, II and III, Plaintiff claims ostensibly wrongful or negligent actions on the part of Defendant Deputy Taylor." ECF No. 10 - Id. at PageID# 47,2,#3

Respectfully Submitted,

By: /s/ Antwhon S. Suiter
Antwhon Suiter, Constitutional Activist
207 Gray Ave, Staunton, VA 24401
(470)786-6830
blmsvva@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2023, I have filed this document with the Clerk of Court.

I hereby certify that I have Mailed by United States Postal Service the documents to Opposing Counsel at:

>Calvin C. Brown
>VSB # 93192
>Assistant Attorney General
>Office of the Virginia Attorney General
>202 North 9th Street
>Richmond, VA 23219

Respectfully Submitted,

By: /s/ Antwhon S. Suiter
Antwhon Suiter, Constitutional Activist
207 Gray Avenue,
Staunton, VA 24401
(470) 786-6830
blmsvva@gmail.com