UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ANTWHON SUITER, )<br>)<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>DEPUTY C. J. TAYLOR, et al, )<br>)<br>    *Defendants* ) | Civil Action No.: 5:23-cv-62 |

## NOTICE OF APPEARANCE

Please note on the docket the appearance of Rosalie Pemberton Fessier, Esquire, and the law firm of TimberlakeSmith, as counsel on behalf of Defendants, Deputy C. J. Taylor and the Augusta County Sheriff's Office ("ACSO").[1]

                                              DEPUTY C. J. TAYLOR
                                              and
                                              AUGUSTA COUNTY SHERIFF'S OFFICE,

                                              By Counsel

By:    /s/   Rosalie Pemberton Fessier
        Rosalie Pemberton Fessier
        VSB # 39030
        Brittany E. Shipley
        VSB # 93767
        Attorneys for Defendants Taylor & ACSO
        Timberlake**Smith**
        25 North Central Avenue
        P. O. Box 108
        Staunton, VA 24402-0108
        phone: 540/885-1517

---

[1] Plaintiff refers to the Augusta County Sheriff's Office as the "Augusta County Sheriff's Department" in the Complaint. (ECF No. 2.) Defendants acknowledge that Plaintiff has moved to dismiss the ACSO from this case, but as that motion has not yet been granted, the undersigned notes her appearance for the ACSO. (ECF No. 12.)

fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Calvin C. Brown, Esquire
Assistant Attorney General
202 North Ninth Street
Richmond, VA   23219

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Antwhon Suiter
207 Gray Avenue
Staunton, VA   24401

/s/  Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Taylor & ACSO
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:     540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517